UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-14424-MARRA/LYNCH

PATRICIA KENNEDY,

    Plaintiff,

v.

STUART PLANTATION, LLC,

    Defendant.

### FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

**THIS CAUSE** came before the Court on the Stipulation For Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

    1. The Consent Decree, in the form annexed to the Parties' Stipulation, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

    2. The above-styled cause be and the same is hereby DISMISSED with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot and the case is closed.

CASE NO.: 16-CV-14424-MARRA/LYNCH
Final Order Approving and Entering Consent
Decree and Dismissing Case
Page 2

**DONE AND ORDERED** in Chambers in ~~Fort Lauderdale, Broward County,~~ West Palm Beach, Florida, this 23rd day of February 2017.

_____
KENNETH A. MARRA
United States District Judge

**_Copy furnished to:_**

Jamie B. Dokovna, Esq.
BECKER & POLIAKOFF, P.A.
*Attorneys for Defendant*
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL 33401
jdokovna@bplegal.com
jblanchard@bplegal.com


Philip M. Cullen, Esq.
THOMAS B. BACON, P.A.
*Attorneys for Plaintiff*
621 South Federal Highway, Suite 4
Fort Lauderdale, FL 33301
cullen@thomasbaconlaw.com

ACTIVE: 9441637_1